UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-182M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| DENNIS E. BURNS, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Escape

<u>Date of Detention Hearing</u>:   Initial Appearance July 24, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged by Complaint with Escaping from custody at a halfway house.

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

01 He is alleged to have failed to return to that facility, where he was residing on a post-release basis

02 upon serving a 72 month sentence for Bank Robbery.

03     (2)    Defendant's criminal record includes a past conviction for escape, as well as a prior

04 failure to appear.

05     (3)    Defendant does not contest detention.

06     (4)    Defendant poses a risk of nonappearance due to the nature of the instant offense,

07 his prior conviction for escape, and unknown background and ties to this district. He poses a risk

08 of danger due to his criminal history and the nature of the instant offense.

09     (5)    There does not appear to be any condition or combination of conditions that will

10 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

11 to other persons or the community.

12 It is therefore ORDERED:

13     (1)    Defendant shall be detained pending trial and committed to the custody of the

14         Attorney General for confinement in a correction facility separate, to the extent

15         practicable, from persons awaiting or serving sentences or being held in custody

16         pending appeal;

17     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

18         counsel;

19     (3)    On order of a court of the United States or on request of an attorney for the

20         Government, the person in charge of the corrections facility in which defendant is

21         confined shall deliver the defendant to a United States Marshal for the purpose of

22         an appearance in connection with a court proceeding; and

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>24th</u> day of July, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91